**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BRIGHT SIAW-AFRIYIE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | **Civil Action No: _____** |
| **CITY OF DALLAS,** | § | |
| **Defendant.** | § | |

**DEFENDANT CITY OF DALLAS'S NOTICE OF REMOVAL**

The City of Dallas is the defendant in a civil action brought on March 6, 2015, in the 192nd Judicial District Court, Dallas County, Texas. Pursuant to Sections 1441 and 1446 of Title 28 of the United States Code, the City hereby removes this case to the United States District Court for the Northern District of Texas, Dallas Division, which is the judicial district and division in which the action is pending. In support thereof, the City respectfully presents the following:

**I.    Background**

This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction because it arises under the laws of the United States within the meaning of 28 U.S.C. §1331. Specifically, Plaintiff Bright Siaw-Afriyie ("Siaw-Afriyie") seeks relief for alleged race discrimination and retaliation in employment, in violation of 42 U.S.C. §1981 and § 1983.

This Notice is timely under 28 U.S.C. §1446(b) because it is filed within 30 days of the City's receipt of Siaw-Afriyie's First Amended Petition, in which Siaw-Afriyie, for the first time, seeks redress and protection for perceived violations of his federally protected rights under 42 U.S.C. §1981 and §1983. The City received a copy of Plaintiff's First Amended Petition on October 6, 2016.

_____

## II.   Documents Submitted with this Notice

Pursuant to 28 U.S.C. § 1446(a) and N.D. Tex. Loc. R. 81.1(a)(4), the following documents are attached to this Notice of Removal:

> A.   Attached hereto as Exhibit A is an index of documents, which clearly identifies each document and indicates the date the document was filed in the state court;
>
> B.   Attached hereto as Exhibit B is a true and correct copy of the docket sheet in the state court action;
>
> C.   Attached hereto as Exhibits C1 – C__ are true and correct copies of the documents filed in the state court action;
>
> D.   Attached hereto as Exhibit D is a separately signed Certificate of Interested Persons pursuant to N.D. Tex. Loc. R. 81.1(a)(4)(D).

## III.   Argument and Authorities

### A.   Jurisdiction

"[A]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States …."  28 U.S.C. § 1441(a).  Accordingly, a defendant may generally remove any action filed against them in a state court, provided the federal court has original jurisdiction over the action.  *See id.*; *Sherrod v. Am. Airlines, Inc.*, 132 F.3d 1112, 1118 (5th Cir. 1998).

The United States District Courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331; *see, e.g., Arena v. Graybar Elec. Co.*, 669 F.3d 214, 219 (5th Cir. 2012) ("Federal question jurisdiction arises when a plaintiff[] set[s] forth allegations founded on a claim or right arising

_____

**DEFENDANT CITY OF DALLAS'S NOTICE OF REMOVAL**                          **Page 2**

under the Constitution, treaties or laws of the United States") (modifications in original) (internal quotations omitted).

Defendant is entitled to remove the instant action to federal court because Plaintiff asserts a claim for race discrimination and retaliation under 42 U.S.C. § 1981, and § 1983. Thus, under 28 U.S.C. § 1331, this case is removable without regard to the citizenship of the parties or the amount in controversy. The Court has supplemental jurisdiction over Plaintiff's wrongful discharge claim pursuant to 42 U.S.C. § 1367(a).

**B.    Venue**

In cases removed from state to federal court, the case is to be removed to "the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441. Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division because this district and division embrace the 192nd Judicial District Court of Dallas County Texas, the forum in which this action was pending.

**C.    Notice**

Simultaneously with the filing of this Notice of Removal, Defendants are filing a copy of the Notice of Removal with the clerk of the 162nd Judicial District Court of Dallas County, Texas.

**CONCLUSION**

Defendant respectfully removes this case from the 192nd Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division.

---

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Larry E. Casto
City Attorney

*/s Jennifer Carter Huggard*
Jennifer Carter Huggard
Senior Assistant City Attorney
Deputy Chief, Employment Law Section
Texas State Bar No. 00792998
jennifer.huggard@dallascityhall.com

Dixon M. Merkt
Senior Assistant City Attorney
Texas State Bar No. 24088899
dixon.merkt@dallascityhall.com

Ayeh B. Powers
Executive Assistant City Attorney
Texas State Bar No. 24031848
ayeh.powers@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone: 214-670-3519
Facsimile: 214-670-0622

**ATTORNEYS FOR DEFENDANT
CITY OF DALLAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of October, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

John H. Crouch, IV
Attorney at Law
Kilgore & Kilgore, PLLC
3109 Carlisle, Suite 200
Dallas, Texas 75204
***Counsel for Plaintiff***

*/s Jennifer Carter Huggard*
Jennifer Carter Huggard

---